# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RONALD REED,**
Petitioner,

vs.                                                                                                         Case Number: **08-2202**

**JODY HATHAWAY,**
Respondent.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied.   Case is terminated.

ENTER this 30th day of January 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK